IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| PAUL DAVIDSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNION PACIFIC RAILROAD COMPANY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL ACTION NO: 4:15CV702BRW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff Paul Davidson, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a), voluntarily dismisses the above-styled action without prejudice, with each party to bear their own attorneys' fees and costs.

SCHLICHTER, BOGARD & DENTON, LLP

*/s/ Nelson G. Wolff*
Nelson G. Wolff
Schlichter, Bogard, & Denton
100 South Fourth Street, Ste. 1200
St. Louis, Missouri  63102
(314) 621-6115 – Office
(314) 621-7151 – Fax
nwolff@uselaws.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I, Nelson G. Wolff, do hereby certify that on this 30th day of March, 2016 a copy of the foregoing was delivered to counsel for Defendant via the Court's ECF filing system:

James C. Baker, Jr.
Jamie Huffman Jones
Friday Eldredge & Clark
400 West Capitol, Suite 2000
Little Rock, Arkansas  72201


                                                */s/ Nelson G. Wolff*_____